UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:10-cr-00056-GFVT-HAI-1 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CLIFFORD HUMFLEET, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court on United States Magistrate Judge Hanly A. Ingram's Recommended Disposition. [R. 129]. On March 17, 2026, the United States Probation Office issued a Supervised Release Violation Report which stated that the Defendant failed two urinalysis tests. Judge Ingram held an initial appearance and the Defendant made a knowing, voluntary, and intelligent waiver of his right to a preliminary hearing. [R. 127]. Judge Ingram filed a Recommended Disposition, recommending that the Defendant be found guilty of the violations, revocation with a term of imprisonment for twelve months, and no further supervised release following the end of the Defendant's term of imprisonment. [R. 129]. The Recommended Disposition gave the parties fourteen days to file written objections. [*Id.* at 8]. No party has objected and the time to do so has passed. Humfleet filed a signed waiver of allocution into the record. [R. 130].

Upon review, the Court is satisfied that Humfleet knowingly and competently stipulated to the charged violations and that an adequate factual basis supports the stipulation as to each essential element of the violation charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Ingram's Recommended Disposition **[R. 129]** is **ADOPTED** as and for the Opinion of the Court.

2.  Defendant Humfleet is found guilty of the violations.

3.  Revocation and imprisonment for a term of twelve months.

4.  No further supervised release following the end of Defendant's term of

imprisonment.

This 28th day of April, 2026.

Gregory F. Van Tatenhove
United States District Judge